UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAKIM EL BEY,

                      Plaintiff,

      -against-

VICTOR G. DOGDIG, acting as President and CEO, et al.,

                      Defendants.

1:22-CV-0091 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued March 15, 2022, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims in which he seeks the criminal prosecution of any of the defendants under American criminal law for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3). The Court dismisses Plaintiff's remaining claims as brought in the wrong venue. 28 U.S.C. § 1406(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  March 15, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                     Chief United States District Judge